# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Tiffany Nicole Briggs<br>         dba Tiffany B. Corporation<br>                                    Debtor(s) | CHAPTER 7<br><br>BKY. NO. 17-14974 ELF |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

  Kindly enter my appearance on behalf of Toyota Motor Credit Corporation and index same on the master mailing list.

           Respectfully submitted,

           **/s/ Rebecca A. Solarz, Esquire**
           Rebecca A. Solarz, Esquire
           KML Law Group, P.C.
           701 Market Street, Suite 5000
           Philadelphia, PA 19106-1532
           (215) 627-1322 FAX (215) 627-7734