UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Chapter 7 |
| Tiffany Nicole Briggs, | ) | |
| | ) | |
| | ) | Bankruptcy No. 17-14974-elf |
| Debtor. | ) | |

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that I served the Office of the U.S. Trustee and the Chapter 7 Trustee through the ECF and that the Debtor was served by first class mail, postage prepaid, with Freedom Credit Union's Exhibit (Pledge Agreement for Secured VISA Credit Card) to its Motion for Relief from the Automatic Stay on this 22nd   day of September, 2017 at the following address:

      Tiffany Nicole Briggs
      4285 Mantua Avenue
      Philadelphia, PA 19104


By:    */s/Mark A. Cronin*_____
        Mark A. Cronin, Esquire
        26 S. Church Street
        West Chester, PA 19382
        (610) 585-1702
        PhilaLaw@aol.com

        Counsel for Freedom Credit Union