United States Bankruptcy Court
Eastern District of Pennsylvania

In re:   
Tiffany Nicole Briggs   
    Debtor

Case No. 17-14974-elf   
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: ChrissyW    Page 1 of 1    Date Rcvd: Sep 27, 2017  
Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 29, 2017.  
db      +Tiffany Nicole Briggs,    4285 Mantua Ave.,    Philadelphia, PA 19104-1213

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
13962253     +E-mail/Text: ELDABBASM@FREEDOMCU.ORG Sep 28 2017 01:32:03    Freedom Credit Union,  
           626 Jacksonville Rd.,    Warminster, PA 18974-4862  
           TOTAL: 1

           ***** BYPASSED RECIPIENTS *****  
NONE.            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2017            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 27, 2017 at the address(es) listed below:  
       LYNN E. FELDMAN    trustee.feldman@rcn.com,    lfeldman@ecf.epiqsystems.com  
       MARK A. CRONIN    on behalf of Creditor    Freedom Credit Union PhilaLaw@aol.com  
       REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Motor Credit Corporation  
        bkgroup@kmllawgroup.com  
       THOMAS DANIEL BIELLI    on behalf of Creditor    VIN Partners, LLC tbielli@bk-legal.com,  
        cstephenson@bk-legal.com  
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
           TOTAL: 5

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                              )
                                    )    Chapter 7
    Tiffany Nicole Briggs,          )
                                    )
                                    )    Bankruptcy No. 17-14974-elf
            Debtor.                 )

## ORDER

Upon consideration of the Motion of Freedom Credit Union for Relief from the Automatic Stay , it is hereby

**ORDERED** that the automatic stay under Section 362(a) of title 11, United States Code is modified to allow Freedom Credit Union to proceed with setoff of $500.00 of her deposited funds in connection with Debtor's secured VISA account.

**Order entered by default.**

DATE: 9/27/17

_____
Eric L. Frank
Chief United States Bankruptcy Judge