# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Tiffany Nicole Briggs dba Tiffany B. Corporation<br>_Debtor(s)_ | CHAPTER 7 |
| Toyota Motor Credit Corporation<br>_Movant_<br>vs. | NO. 17-14974 ELF |
| Tiffany Nicole Briggs dba Tiffany B. Corporation<br>_Debtor(s)_ | 11 U.S.C. Section 362 |
| Lynn E. Feldman Esq.<br>_Trustee_ | |

## ORDER TERMINATING AUTOMATIC STAY

Upon consideration of the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Motor Credit Corporation, it is hereby

**ORDERED**, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362(d) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2009 HONDA PILOT , VIN:5FNYF48839B035049 in accordance with applicable nonbankruptcy law. The stay provided by Bankruptcy Rule 4001(a)(3) is waived.

Date: 10/4/17

**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**