United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Tiffany Nicole Briggs  
      Debtor

Case No. 17-14974-elf  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Marie    Page 1 of 1    Date Rcvd: Oct 04, 2017  
                  Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 06, 2017.
```
db              +Tiffany Nicole Briggs,    4285 Mantua Ave.,    Philadelphia, PA 19104-1213
13962261        +Toyota Motor Credit Corp.,    240 Gibraltar Rd., Ste. 250,    Horsham, PA 19044-2387
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.        TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2017        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 4, 2017 at the address(es) listed below:
```
          LYNN E. FELDMAN    trustee.feldman@rcn.com, lfeldman@ecf.epiqsystems.com
          MARK A. CRONIN    on behalf of Creditor   Freedom Credit Union PhilaLaw@aol.com
          REBECCA ANN SOLARZ    on behalf of Creditor   Toyota Motor Credit Corporation
           bkgroup@kmllawgroup.com
          THOMAS DANIEL BIELLI    on behalf of Creditor   VIN Partners, LLC tbielli@bk-legal.com,
           cstephenson@bk-legal.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
```
       TOTAL: 5

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Tiffany Nicole Briggs dba Tiffany B. Corporation<br>　　　　　　　　Debtor(s) | CHAPTER 7 |
| Toyota Motor Credit Corporation<br>　　　　　　　　Movant<br>　　vs. | NO. 17-14974 ELF |
| Tiffany Nicole Briggs dba Tiffany B. Corporation<br>　　　　　　　　Debtor(s)<br>Lynn E. Feldman Esq.<br>　　　　　　　　Trustee | 11 U.S.C. Section 362 |

**ORDER TERMINATING AUTOMATIC STAY**

Upon consideration of the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Motor Credit Corporation, it is hereby

**ORDERED**, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362(d) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2009 HONDA PILOT , VIN:5FNYF48839B035049  in accordance with applicable nonbankruptcy law. The stay provided by Bankruptcy Rule 4001(a)(3) is waived.

Date:  10/4/17

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　**ERIC L. FRANK**
　　　　　　　　　　　　　　　**CHIEF U.S. BANKRUPTCY JUDGE**