**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | TIFFANY NICOLE BRIGGS, | : | Chapter 7 |
| | | : | |
| | Debtor | : | Bky. No.  17-14974 ELF |

# O R D E R

**AND NOW,** it is hereby **ORDERED** that the Order granting relief from the automatic stay dated **October 4, 2017** (Doc. # 50) is **VACATED** as entered in error.

The hearing scheduled on **October 18, 2017 REMAINS SCHEDULED.**

**Date: October 13, 2017**

                                                                          **ERIC L. FRANK**
                                                                          **CHIEF U.S. BANKRUPTCY JUDGE**

cc:    Tiffany Nicole Briggs
        4285 Mantua Ave.
        Philadelphia, PA 19104