## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | **Chapter 7** |
| **TIFFANY NICOLE BRIGGS,** | **Case No. 17-14974 ELF** |
| **Debtor.** | |

## ORDER

Upon consideration of VIN Partners, LLC's Motion for Entry of an Order Confirming that the Automatic Stay Does Not Apply, or in the Alternative, Granting Relief from the Automatic Stay (the "Motion"), and after notice and opportunity to be heard, it is

**DETERMINED**, that the automatic stay does not apply to the Debtor  and that the automatic stay imposed by section 362 of the Bankruptcy Code is **INAPPLICABLE** with respect to VIN Partners, LLC's efforts to obtain a Writ of Possession relating to 4285 Mantua Avenue, Philadelphia, PA 19104.  As such, VIN Partners, LLC is authorized to take any such steps as it may deem necessary and appropriate at law to obtain possession of 4285 Mantua Avenue in Philadelphia, notwithstanding the Debtor's bankruptcy case.

Date:  10/13/17

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**

cc:    Tiffany Nicole Briggs
       4285 Mantua Avenue
       Philadelphia, PA 19104