Certificate Number: 14912-PAE-DE-030016458

Bankruptcy Case Number: 17-14974



14912-PAE-DE-030016458

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 12, 2017, at 7:50 o'clock PM EDT, Tiffany Briggs completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: October 12, 2017     By: /s/Jai Bhatt

Name: Jai Bhatt

Title: Counselor

OCT 13 2017