United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Tiffany Nicole Briggs  
    Debtor

Case No. 17-14974-elf  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: ChrissyW     Page 1 of 1     Date Rcvd: Oct 13, 2017  
                   Form ID: pdf900     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 15, 2017.
```
db             +Tiffany Nicole Briggs,    4285 Mantua Ave.,    Philadelphia, PA 19104-1213
cr             +VIN Partners, LLC,    c/o Bielli & Klauder, LLC,    1500 Walnut Street, Suite 900,
                 Philadelphia, PA 19102-3518
13962261       +Toyota Motor Credit Corp.,    240 Gibraltar Rd., Ste. 250,    Horsham, PA 19044-2387
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                 TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 15, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 13, 2017 at the address(es) listed below:
```
              LYNN E. FELDMAN    trustee.feldman@rcn.com,  lfeldman@ecf.epiqsystems.com
              MARK A. CRONIN    on behalf of Creditor    Freedom Credit Union PhilaLaw@aol.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              THOMAS DANIEL BIELLI    on behalf of Creditor    VIN Partners, LLC tbielli@bk-legal.com,
               cstephenson@bk-legal.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
```
                                                                               TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | TIFFANY NICOLE BRIGGS, | : | Chapter 7 |
| | | : | |
| | Debtor | : | Bky. No.  17-14974 ELF |

# O R D E R

**AND NOW,** it is hereby **ORDERED** that the Order granting relief from the automatic stay dated **October 4, 2017** (Doc. # 50) is **VACATED** as entered in error.

The hearing scheduled on **October 18, 2017 REMAINS SCHEDULED.**

Date: October 13, 2017

ERIC L. FRANK
CHIEF U.S. BANKRUPTCY JUDGE

cc:   Tiffany Nicole Briggs
      4285 Mantua Ave.
      Philadelphia, PA 19104