United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Tiffany Nicole Briggs  
    Debtor

Case No. 17-14974-elf  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: ChrissyW    Page 1 of 1    Date Rcvd: Oct 13, 2017  
    Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 15, 2017.  
db    +Tiffany Nicole Briggs,    4285 Mantua Ave.,    Philadelphia, PA 19104-1213  
cr    +VIN Partners, LLC,    c/o Bielli & Klauder, LLC,    1500 Walnut Street, Suite 900,    Philadelphia, PA 19102-3518

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 15, 2017    Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 13, 2017 at the address(es) listed below:  
    LYNN E. FELDMAN    trustee.feldman@rcn.com, lfeldman@ecf.epiqsystems.com  
    MARK A. CRONIN    on behalf of Creditor    Freedom Credit Union PhilaLaw@aol.com  
    REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Motor Credit Corporation  
     bkgroup@kmllawgroup.com  
    THOMAS DANIEL BIELLI    on behalf of Creditor    VIN Partners, LLC tbielli@bk-legal.com,  
     cstephenson@bk-legal.com  
    United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
    TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: | Chapter 7 |
|---|---|
| **TIFFANY NICOLE BRIGGS,** | Case No. 17-14974 ELF |
| Debtor. | |

### ORDER

Upon consideration of VIN Partners, LLC's Motion for Entry of an Order Confirming that the Automatic Stay Does Not Apply, or in the Alternative, Granting Relief from the Automatic Stay (the "Motion"), and after notice and opportunity to be heard, it is

**DETERMINED**, that the automatic stay does not apply to the Debtor and that the automatic stay imposed by section 362 of the Bankruptcy Code is **INAPPLICABLE** with respect to VIN Partners, LLC's efforts to obtain a Writ of Possession relating to 4285 Mantua Avenue, Philadelphia, PA 19104. As such, VIN Partners, LLC is authorized to take any such steps as it may deem necessary and appropriate at law to obtain possession of 4285 Mantua Avenue in Philadelphia, notwithstanding the Debtor's bankruptcy case.

Date: 10/13/17

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**

cc:   Tiffany Nicole Briggs
      4285 Mantua Avenue
      Philadelphia, PA 19104