```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
In re:                                                          Case No. 17-14974-elf
Tiffany Nicole Briggs                                           Chapter 7
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0313-2          User: admin              Page 1 of 2              Date Rcvd: Nov 03, 2017
                              Form ID: 318             Total Noticed: 51

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 05, 2017.
db             +Tiffany Nicole Briggs,    4285 Mantua Ave.,    Philadelphia, PA 19104-1213
13962267       +AR Resources Inc.,    1777 Sentry Pkwy W,    Blue Bell, PA 19422-2206
13962288      ++ASPIRE VISA,    P O BOX 105555,    ATLANTA GA 30348-5555
                 (address filed with court:   Aspire Visa,    PO Box 23007,   Columbus, GA 31902)
13962272       +Aes/Pheaa-keycon,    PO Box 61047,   Harrisburg, PA 17106-1047
13962273       +Aes/US Bank Elt Lhea,    PO Box 61047,   Harrisburg, PA 17106-1047
13962268       +Ashro/Swiss Colony,    1515 S. 21st St.,    Clinton, IA 52732-6676
13962242       +CFS,    1500 S. Douglass Rd.,    Anaheim, CA 92806-6911
13962270       +ERC,    PO Box 57547,   Jacksonville, FL 32241-7547
13962248       +Friends Rehab. Program,    704 W. Girard Ave.,    Phila., PA 19123-1313
13962282       +Lenkenau Hosp.,    100 E. Lancaster Ave.,    Wynnewood, PA 19096-3450
13962278       +Metromile,    690 Folsom St., Ste. 200,    San Francisco, CA 94107-1397
13962252       +PGW,    800 W. Montgomery Ave.,    Phila., PA 19122-2806
13962255       +Penn Presbyterian Medical Ctr.,    51 N. 39th St.,    Phila., PA 19104-2692
13962247       +Phila. FCU,    12800 Townsend Rd.,    Phila., PA 19154-1003
13962274       +Phila. Traffic Court,    800 Spring Garden St.,    Phila., PA 19123-2690
13962286       +Progressive Ins.,    The Progressive Corp.,    6300 Wilson Mills Rd.,
                 Mayfield Village, OH 44143-2182
13962260      ++STELLAR RECOVERY INC,    PO BOX 48370,   JACKSONVILLE FL 32247-8370
                 (address filed with court:   Stellar Recovery Inc.,    1327 Hwy 2 W Suite 100,
                 Kalispell, MT 59901)
13962279        State of PA,   Dept. of Rev.,    1846 Brookwood St.,    Harrisburg, PA 17104
13964581        Stellar Recovery Inc.,    PO BOX 48370,   Jacksonville FL 32247-8370
13962277        The General,    PO Box 305054,   Nashville, TN 37230-5054
13962244        US Dept. of Ed,    61 Forsyth St. SW St,    Atlanta, GA 30303
13962245        US Dept. of Education,    PO Box 5609,   Greenville, TX 75403-5609
13962281       +Uhaul,    2727 N. Central Ave.,    Phoenix, AZ 85004-1158
13962246       +Verizon,    PO Box 650584,   Dallas, TX 75265-0584
13962280       +Vin Partners LLC,    2013 Wallace St.,    Phila., PA 19130-3221

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +EDI: QLEFELDMAN.COM Nov 04 2017 01:38:00     LYNN E. FELDMAN,    Feldman Law Offices PC,
                 221 N. Cedar Crest Blvd.,    Allentown, PA 18104-4603
smg             E-mail/Text: bankruptcy@phila.gov Nov 04 2017 01:37:19     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 04 2017 01:36:39
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 04 2017 01:37:07     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
13962271       +EDI: AMINFOFP.COM Nov 04 2017 01:38:00     1st Premier Bank,    Bky. Dept.,    PO Box 5524,
                 Sioux Falls, SD 57117-5524
13962266       +EDI: AARGON.COM Nov 04 2017 01:38:00     Aargon Agy.,    c/o Six Flags Membership,
                 8668 Spring Mountain Rd.,    Las Vegas, NV 89117-4132
13962289       +EDI: ACCE.COM Nov 04 2017 01:38:00     Asset Acceptance,    28405 Van Dyke Ave.,
                 Warren, WI 48093-7132
13962275        E-mail/Text: bankruptcy@phila.gov Nov 04 2017 01:37:19     City of Phila.,    Dept. of Rev.,
                 1401 JFK Blvd.,    Phila., PA 19102
13962256       +EDI: CAPITALONE.COM Nov 04 2017 01:38:00     Capitol One,    1680 Capital One Dr.,
                 McLean, VA 22102-3407
13962276       +E-mail/Text: ned-collections_bankruptcydocuments@comcast.com Nov 04 2017 01:37:37     Comcast,
                 1701 JFK Blvd.,    Phila., PA 19103-2899
13962269       +EDI: CCS.COM Nov 04 2017 01:38:00     Credit Control Srv. Inc.,    725 Canton St.,
                 Norwood, MA 02062-2679
13962243       +E-mail/Text: electronicbkydocs@nelnet.net Nov 04 2017 01:36:57     Dept. of Ed/Nelnet,
                 121 S. 13th St.,    Lincoln, NE 68508-1904
13962253       +E-mail/Text: ELDABBASM@FREEDOMCU.ORG Nov 04 2017 01:36:19     Freedom Credit Union,
                 626 Jacksonville Rd.,    Warminster, PA 18974-4862
13962254       +EDI: TENET.COM Nov 04 2017 01:38:00     Hahnemann Univ. Hosp.,    230 N. Broad St.,
                 Phila., PA 19102-1178
13962287        EDI: MERRICKBANK.COM Nov 04 2017 01:38:00     Merrick Bank,    Customer Srv.,    PO Box 9201,
                 Old Bethpage, NY 11804-9001
13962250       +EDI: MID8.COM Nov 04 2017 01:38:00     Midland Funding,    2365 Northside Dr.,
                 San Diego, CA 92108-2709
13962251       +E-mail/Text: bankruptcygroup@peco-energy.com Nov 04 2017 01:36:22     PECO Energy,
                 2301 Market St.,    Phila., PA 19103-1380
13962249        EDI: PRA.COM Nov 04 2017 01:38:00     Portfolio Recovery,    120 Corporate Blvd., Ste. 100,
                 Norfolk, VA 23502
13962283       +E-mail/Text: bankruptcy@progfinance.com Nov 04 2017 01:36:59     Progressive Leasing,
                 256 Data Dr.,    Draper, UT 84020-2315
13962257        EDI: NEXTEL.COM Nov 04 2017 01:38:00     Sprint,    Attn: Bky.,    PO Box 7949,
                 Overland Park, KS 66207
```

```
District/off: 0313-2          User: admin              Page 2 of 2            Date Rcvd: Nov 03, 2017
                              Form ID: 318             Total Noticed: 51
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
13962285        +E-mail/Text: cop@santander.us Nov 04 2017 01:36:25      Santander,    75 State St.,
                 Boston, MA 02109-1846
13962259        +EDI: SWCR.COM Nov 04 2017 01:38:00      Southwest Credit Sys.,    4120 International Pkwy #1100,
                 Carrollton, TX 75007-1958
13962258         EDI: AISTMBL.COM Nov 04 2017 01:38:00      T-Mobile,    PO Box 53410,    Bellevue, WA 98015-3410
13962261        +EDI: TFSR.COM Nov 04 2017 01:38:00      Toyota Motor Credit Corp.,    240 Gibraltar Rd., Ste. 250,
                 Horsham, PA 19044-2387
13962262        +EDI: BLUESTEM Nov 04 2017 01:38:00      Webbank/Fingerhut,    6250 Ridgewood Rd.,
                 St. Cloud, MN 56303-0820
13962284        +EDI: WFFC.COM Nov 04 2017 01:38:00      Wells Fargo,    420 Montgomery St.,
                 San Francisco, CA 94104-1298
                                                                                               TOTAL: 26

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 05, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 2, 2017 at the address(es) listed below:
```
              LYNN E. FELDMAN    trustee.feldman@rcn.com,    lfeldman@ecf.epiqsystems.com
              MARK A. CRONIN    on behalf of Creditor    Freedom Credit Union PhilaLaw@aol.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              THOMAS DANIEL BIELLI    on behalf of Creditor    VIN Partners, LLC tbielli@bk-legal.com,
               cstephenson@bk-legal.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                               TOTAL: 5
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Tiffany Nicole Briggs** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–4968** <br> EIN   **27–3076230** |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Eastern District of Pennsylvania** | | |
| Case number:   **17–14974–elf** | | |

# Order of Discharge                                                                                                            12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Tiffany Nicole Briggs
dba Tiffany B. Corporation

11/2/17                                                                                          **By the court:**   Eric L. Frank
                                                                                                                      United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                                   **Order of Discharge**                                   page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**